# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jeremy DICKENS<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 27, 2021** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 (a)(1)(A)(ii) and (v)(I) | Knowingly or in reckless disregard of the fact that an alien has come to, entered, or remained in the United States in violation of law, did knowingly transport and move, attempt to transport and move, and conspire with each other and with other persons known and unknown, to transport and move, such alien within the United States by means of transportation and otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See attachment "A"

☑ Continued on the attached sheet.

/s/ Bryan Alvarez
*Complainant's signature*

Bryan Alvarez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/29/2021

*Judge's signature*

City and state: Laredo, Texas        Christopher Dos Santos, US Magistrate Judge
*Printed name and title*

ATTACHMENT "A"
Page 1

1. On November 27, 2021, at approximately 9:49 am, Homeland Security Investigations (HSI) Special Agents (SAs) received a request for investigative assistance from United States Border Patrol Agents (BPAs) at the Freer Border Patrol Checkpoint located on Highway 59 in the Southern District of Texas in reference to a human smuggling event. HSI SAs responded to the United States Border Patrol station to conduct interviews.

2. HSI SAs responded to the checkpoint and interviewed BPAs. BPAs stated at approximately 8:35 am, while working their assigned duties at to the checkpoint, a white Freightliner with a water tank approached the primary inspection lane. BPAs conducted an immigration inspection of the driver, later identified as, Jeremy DICKENS, a United States Citizen (USC). During the immigration inspection, a BPA canine alerted to the possible presence of concealed humans or narcotics near front of the water tank. BPAs referred DICKENS to the secondary inspection area. While in the secondary inspection area the BP canine once again alerted to the water tank. BPAs climbed on top of the tank looked inside an open cover and observed several individuals concealed inside the tank. BPAs were unable to open the tank and asked DICKENS for help. DICKENS was familiar with the tank's control system and opened the tank door without issue. An Immigration inspection of the individuals found inside the tank revealed twenty-eight (28) to be undocumented non-citizens (UDNCs).

3. HSI SAs approached DICKENS and advised him of his Miranda Warnings both verbally and in writing. DICKENS waived his Miranda Warnings both verbally and in writing. DICKENS stated he received a call from a man he knew as "Hector" to pick up the water tanker located on a gravel road off Highway 359 and deliver it to an unknown ranch on Highway 16. DICKENS stated his employer was sick and believed "Hector" was filling in for the employer. DICKENS stated he had never seen or talked to "Hector" prior to this event. DICKENS stated he believed the tank to be empty. DICKENS stated he was to be paid $300 USD for delivering the water tanker to the ranch. DICKENS stated once he picked up the water tanker, he stopped once to get fuel and then proceeded on his route until he was stopped at the Border Patrol checkpoint.

4. Lizbeth MATIAS-Segundo and Omar MARTINEZ-Reyes, both foreign nationals of Mexico, admitted to illegally entering the United States by crossing the Rio Grande River to then be smuggled to various cities within the United States for various amounts of money and all subjects will be held as material witnesses in this case. Neither material witness saw the driver or who closed the tank door. MATIAS-Segundo stated approximately 5 minutes after the tank door was closed the water tanker began to move. MATIAS-Segundo stated the water tanker stopped once for approximately 10 minutes and during this time the tanker door was opened slightly. MATIAS-Segundo stated once the water tanker began to move again it did not stop again until they were apprehended at the checkpoint. MARTINEZ-Reyes stated

approximately 10-15 minutes after the tank door was closed the water tanker began to move and did not stop again until they were apprehended at the checkpoint.

Case 5:21-mj-02516   Document 1   Filed on 11/28/21 in TXSD   Page 3 of 3